(Pleito No. 10.—Fallado el 14 de Diciembre de 1899.)

## PISTOLET contra MAS.

RECURSO contra sentencia dictada por el Tribunal de Distrito de San Juan.

### AUTO.

Se falló de acuerdo con los artículos 1,712 y 1,713, que cuando tres abogados nombrados de oficio para interponer un recurso no lo hacen por considerarle improcedente, se declarará no haber lugar á dicho recurso.